Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
QUILESHA HODGES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| QUILESHA HODGES, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, )<br>)<br>    Defendant. )<br>) | **Case No.:** 5:16-cv-02558-RSWL-SP |

**NOTICE OF SETTLEMENT**

Plaintiff, QUILESHA HODGES, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

DATED: January 23, 2017        AGRUSS LAW FIRM, LLC

                    By: /s/  Michael S. Agruss
                        Michael S. Agruss
                        Attorney for Plaintiff
                        QUILESHA HODGES

1

**CERTIFICATE OF SERVICE**

On January 23, 2017, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Nathan A. Searles, at nasearles@portfoliorecovery.com.