Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
QUILESHA HODGES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| QUILESHA HODGES, | ) |
| | ) |
| Plaintiff, | ) **Case No.:** 5:16-cv-02558-RSWL-SP |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, QUILESHA HODGES, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, PORTFOLIO RECOVERY ASSOCAITES, LLC.

RESPECTFULLY SUBMITTED,

DATED:  March 1, 2017          AGRUSS LAW FIRM, LLC

                            By: /s/  Michael S. Agruss
                                Michael S. Agruss
                                Attorney for Plaintiff
                                QUILESHA HODGES

1

## **CERTIFICATE OF SERVICE**

On March 1, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Nathan A. Searles, at nasearles@portfoliorecovery.com.